**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MICHAEL SCIORE,**

              **Plaintiff,**         Civil Action No: 2:20-cv-06035-CDJ

**v.**

**CENTRIC BANK,**

              **Defendant.**

**DISCLOSURE STATEMENT FORM**

The undersigned counsel for Defendant Centric Bank certifies that this party is a non-governmental corporate party and that:

Please check one box:

☐    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

**OR**

☒    This party does not have any parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

                                                  Respectfully submitted,

                                                  /s/ Paige Macdonald-Matthes
                                                  Paige Macdonald-Matthes, Esq.
                                                  Obermayer Rebmann Maxwell & Hippel LLP
                                                  200 Locust Street, Suite 400
                                                  Harrisburg, PA 17101
                                                  Telephone: (717) 234-9730
                                                  Email: pmm@obermayer.com
                                                  Attorneys for Defendant, Centric Bank

Dated:  December 18, 2020

4814-5043-8868

## **CERTIFICATE OF SERVICE**

I, Paige Macdonald-Matthes, Esquire, certify that on this 18th day of December 2020, I served a true and correct copy of the foregoing Disclosure Statement Form via the Court's ECF system, upon the persons indicated below:

Sean S. Litz, Esqiure<br>
Jessica Itzkowitz, Esquire<br>
Royer Cooper Cohen Braunfeld, LLC<br>
Two Logan Square<br>
100 North 18th Street, Suite 710<br>
Philadelphia, PA 19103<br>
*Counsel for Plaintiff, Michael Sciore*

By:   /s/ Paige Macdonald-Matthes
      Paige Macdonald-Matthes

4814-5043-8868