THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SCIORE,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 20-cv-6035 |
| | : | |
| **CENTRIC BANK,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this __20th__ day of December, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 43), Plaintiff's response thereto (ECF No. 49), and Defendant's reply memorandum (ECF No. 52), Defendant's Supplemental Memorandum Pursuant to the Court's September 28, 2022 Order (Def.'s Suppl. Mem., ECF No. 59), Plaintiff's Supplemental Brief in Opposition to Defendant's Motion for Summary Judgment (Pl.'s Suppl. Br., ECF No. 60), Plaintiff's Responsive Brief in Opposition to Defendant's Supplemental Memorandum (Pl,'s Responsive Br, ECF No. 61), and Defendant's Supplemental Responsive Brief to Plaintiff's Brief Pursuant to the Court's September 28, 2022 Order (Def.'s Suppl. Responsive Br., ECF No. 62) and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED.**

JUDGMENT IS ENTERED in favor of Defendant Centric Bank and against Plaintiff Michael Sciore. This case shall be marked CLOSED.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge